1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JONATHAN GALATZAN
   California Bar No. 190414
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-2727
9       Facsimile:  (213) 894-7177
        E-mail:     Jonathan.Galatzan@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13                    UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                        SOUTHERN DIVISON

16                                    ) SA CV 13-00617 CJC (RNBx)
   UNITED STATES OF AMERICA,          )
17                                    ) ORDER DISMISSING ACTION
             Plaintiff,               )
18                                    )
        vs.                           )
19 REAL PROPERTY LOCATED AT 1665      )
   E. 4TH STREET, SANTA ANA,          )
20 CALIFORNIA (1665 E. 4TH STREET,    )
   LLC),                              )
21                                    )
                                      )
22          Defendant.                )
                                      )
23 1665 E. 4TH STREET, LLC,           )
                                      )
24          Titleholder.              )
                                      )
25

26

27 //

28 //

1   Plaintiff and Claimants 1665 E. 4th Street, LLC, Tom Wu, and
2   Bank of America, N.A. ("Claimants") and counter-claimants City
3   of Santa Ana, Miguel Pulido, and Francisco Gutierrez have made a
4   stipulated request that the Verified Complaint and claimants
5   1665 E. 4th Street, LLC and Tom Wu's Counterclaims be dismissed
6   with prejudice.
7   Good cause appearing therefor, the request is GRANTED.  The
8   government's Verified Complaint for Forfeiture and claimants
9   Counterclaims are hereby dismissed with prejudice.
10   Within ten days of the entry of this Order, the government
11   shall execute and record a Withdrawal of Lis Pendens with the
12   County Recorder of Orange County.
13   //
14   //
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Each of the parties shall bear its own fees and costs in

2  connection with all claims, actions or liabilities arising out

3  of or related to this civil forfeiture action, including,

4  without limitation, any claim for attorneys' fees, costs or

5  interest which may be asserted on behalf of Claimants against

6  the United States, whether pursuant to 28 U.S.C. § 2465 or

7  otherwise.

8                        DATED: January 10, 2014

9

10

11                        THE HONORABLE CORMAC J. CARNEY
                          UNITED STATES DISTRICT JUDGE

12  Prepared by:

13

14  ANDRÉ BIROTTE JR.
    United States Attorney
15  ROBERT E. DUGDALE
    Assistant United States Attorney
16  Chief, Criminal Division
    STEVEN R. WELK
17  Assistant United States Attorney
    Chief, Asset Forfeiture Section
18
         /s/  Jonathan Galatzan
19  JONATHAN GALATZAN
    Assistant United States Attorney
20  Asset Forfeiture Section

21

22

23

24

25

26

27

28

                              3